IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01167-BNB

GENADY B. SLONIMSKY,

    Applicant,

v.

JAMES E. ABBOTT, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2008

GREGORY C. LANGHAM
              CLERK

---

ORDER OF DISMISSAL

---

Applicant, Genady B. Slonimsky, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado. He initiated this action by submitting *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

In an order filed on June 3, 2008, Magistrate Boyd N. Boland ordered Mr. Slonimsky to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Slonimsky was directed to submit on the proper, Court-approved form an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and to submit a certified copy of his trust fund account statement.

On June 13, 2008, in response to the June 3, 2008, order to cure, Mr. Slonimsky submitted an amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2254. Mr. Slonimsky has failed within the time allowed to cure all the designated deficiencies as directed, i.e., he has failed either to submit a certified copy of his trust fund account statement for the six-month period immediately preceding this filing or to pay the $5.00 filing fee.

Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a "certificate of the warden or other appropriate officer of the institution in which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit in any account in the institution." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 also notes the requirement for a certified copy of an inmate's trust fund account statement. The June 3, 2008, order warned Mr. Smith-El that if he failed to cure the designated deficiencies within the time allowed, the application and the action would be dismissed without further notice. Accordingly, it is

ORDERED that the amended habeas corpus application is denied and the action is dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that the motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 17 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01167-BNB

Genady B. Slonimsky
Prisoner No. 106124
CTCF - CH 1
PO Box 1010
Cañon City, CO 81215- 1010

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/17/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk